UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL DERMER, et al | ) | CASE NO.: 2:20-cv-2378 |
| Plaintiff, | ) | |
| v. | ) | |
| PAYPAL CREDIT, et al | ) | ORDER OF DISMISSAL |
| Defendants. | ) | |

Pursuant to the Stipulation of Dismissal filed by the Plaintiff on May 22, 2020, IT IS HEREBY ORDERED THAT this action shall be, and it hereby is, dismissed with prejudice, with the right to reopen for (21) days. Any claims of any putative class members are dismissed without prejudice.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  May 22, 2020

_____
Honorable Percy Anderson
U.S. District Judge

Order of Dismissal